
FILED
May 26, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

NO. 03-14-00655-CR

RECEIVED
MAY 2 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

| | | |
|---|---|---|
| NATHANIEL J. FRAZIER, JR. | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | THIRD JUDICIAL DISTRICT |
| | § | |
| STATE OF TEXAS | § | SITTING AT AUSTIN, TEXAS |

## PRO SE MOTION FOR ACCESS TO APPELLATE RECORD

To The Honorable Justices of the Third Court of Appeals, Now Comes Nathaniel J. Frazier, Jr., in the above styled and numbered cause, and moves this Court to grant him access to the appellate record in this matter , and for good cause shows the following:

### I.

Attorney Justin S. Mock was appointed by the trial court to represent Nathaniel J. Frazier, Jr. in the appeal of his conviction and sentence in Trial Cause No. D-13-00958-SA rendered in the 391ST Judicial District Court of Tom Green County, Texas on July 15, 2014.

### II.

Counsel for Nathaniel J. Frazier, Jr. prepared and filed an "Anders Brief" on behalf of Appellant and a Motion to Withdraw as Counsel.

1. of 4

The undersigned requests the court reporter or reporters who made the record in this cause to prepare a reporter's record, and that the testimony included in the reporter's record be in question and answer form.

The undersigned designates that the following matters be included in the reporter's record:

1. Testomony of all witnesses, heard in and outside the jury's presence, including questions and objections of counsel and the ruling and remarks of the court thereon;

2. Voir dire of jury's venire, including objections of counsel and the ruling and remarks of the court thereon;

3. Arguments and opening and closing statements of counsel, including objections of counsel and the ruling and remarks of the Court thereon;

4. All matters heard outside the presence of the jury, including pre-trial, trial and post-trial hearings, charge conferences and bench conferences, bail reduction hearings, objections, rulings, and remarks of the Court thereon;

5. All bills of exception and testimony, including objections of counsel, and the ruling and remarks of the Court thereon;

6. Testimony taken during sentencing proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court thereon;

7. Testimony taken during motion for New Trial proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court thereon; and

8. All exhibits offered or introduced into evidence, including those of full Discovery.

## IV.

The undersigned desires to file a *pro se* response identifying those matters he submits are meritorious grounds for appeal. Access to the appellate record is necessary to prepare that response.

**WHEREFORE, PREMISES CONSIDERED**, Nathaniel J. Frazier, Jr. prays this Court grant this Pro Se Motion for Access to Appellate Record.

Respectfully submitted,

By: *Nathaniel Frazier*
Nathaniel J. Frazier, Jr.
*Pro Se*
CONNALLY UNIT TDCJ 1942796

899   FM   632

KENEDY, TEXAS   78119

15TH of MAY 2015

## CERTIFICATE OF SERVICE

This is to certify that on __15TH of May 2015__, a true and correct copy of the above and foregoing Pro Se Motion for Access to Appellate Record was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on each party and/or counsel as listed below:

The State of Texas
Mr. Jason Ferguson
Tom Green County District Attorney
124 West Beauregard Avenue
San Angelo, Texas 76903
Appellee

By Mail , CERTIFIED

US POSTAL SERVICE

*Nathaniel Frazier*
NATHANIEL J. FRAZIER, JR. Pro Se

CONNALLY UNIT TDCJ#1942796

899    FM    632

KENEDY, TEXAS    78119

NATHANIEL FRAZIER #1942796
Pro Se
CONNALLY UNIT
899    FM    632
KENEDY, TEXAS  7811

**TURN RECEIPT REQUESTED**

7014 2120 0001 9276 9975

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

METROPLEX MI 480

UNITED STATES
POSTAL SERVICE.

78711

00100904-28

U.S. POSTAGE
PAID
DETROIT, MI
48233
MAY 20, 15
AMOUNT
**$6.74**

JEFFREY D. KYLE/CLERK
THIRD COURT OF APPEALS
P.O. BOX  12547
AUSTIN, TEXAS  78711

** CONFIDENTIAL MAIL**
LEGAL

19TH OF MAY 2015        78711254747